# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 95 CR 40 - 1 | **DATE** | 11/30/2005 |
| **CASE TITLE** | United States of America vs. Paul L. Glover | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to withdraw petition for reduction of disability or in the alternative, for declaratory judgment [169] is granted. Defendant's petition for a reduction of disability or in the alternative, for declaratory judgment [165] is withdrawn.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|