UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 95 CR 40-1 |
| v. | ) | |
| | ) | |
| PAUL L. GLOVER | ) | Judge Hart |
| | ) | |
| Defendant | ) | |
| | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 95 CR 40-1. The judgment in the amount of $17,711.84, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the DuPage County Recorder's Office as document number R96-030049, on February 26, 1996 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
   MELISSA A. CHILDS
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-5331

## **CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

     RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on August 30, 2006, to the following non-ECF filers:

Paul Glover
1103 Gilbert Avenue
Downers Grove, IL  60515

                                                By: s/ Melissa A. Childs
                                                  MELISSA A. CHILDS
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois  60604
                                                  (312) 353-5331